UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| **BORIS IOSELEV,** | : | |
| | : | Civil Action No. 09-6039(FSH) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | ORDER ON INFORMAL APPLICATION |
| **IRINA SCHILLING, et al.,** | : | |
| | : | |
| Defendants. | : | |

      This matter having come before the Court by way of plaintiff's letter dated August 12, 2010, regarding discovery disputes;

      and the Court having convened a telephone conference on the record on August 18, 2010;

      and the Court having considered the positions of the parties, the record of proceedings, and the governing law;

      and for the reasons set forth on the record on August 18, 2010;

      and for good cause shown,

      IT IS THEREFORE on this 5th day of August, 2010

      ORDERED that, no later than **August 27, 2010**, the plaintiff shall produce: (1) a copy of the photographs of the door frame; and (2) the name of his employer in Morristown, New Jersey for the period 1982-87;

      IT IS FURTHER ORDERED that, no later than **August 27, 2010**, the defendants shall produce the line or component of the tax return(s) that reflects the sale of 119 Boulder as well as the signature line and the top of the first page of the tax return sufficient to show the tax year and

the taxpayer;

IT IS FURTHER ORDERED that the plaintiff shall depose the defendants via internet technology and before an individual authorized to administer oaths and record testimony. Said depositions shall take place on **September 15, 2010, commencing at 9:00 a.m. and concluding at 5:00 p.m.**;

IT IS FURTHER ORDERED that the defendants opposition to the motion to strike their counterclaim shall be deemed to supplement their Answer to the Amended Complaint; and

IT IS FURTHER ORDERED that all other deadline shall remain in full force and effect.

s/Patty Shwartz
**UNITED STATES MAGISTRATE JUDGE**